### W. F. Wade *v.* A. B. Lyman & Bronston.

**Exemptions—Claims of Mother on Son for Support.**
> The claims of a poor and indigent mother upon her son for support are greater than the claims of creditors.

APPEAL FROM MADISON CIRCUIT COURT.

January 9, 1874.

Opinion by Judge Pryor:

The question involved in this case has been heretofore decided by this court in the case of *McMurray v. Shuck,* 6 Bush 111. It is there said that the debtor had higher obligations upon him to maintain his sister and brothers, who were of tender years than to provide for the wants of creditors, however just their demands. If so, how much greater the obligation to support a widowed and indigent mother.

The views presented in the oral argument made by counsel in opposition to this parental claim, although impressive and exceedingly forcible, must be made to yield to the dictates of natural justice in permitting the discharge of this filial duty, viz: "The support by the son of the poor and needy mother."

The judgment is reversed and the cause remanded with directions

to award the appellant a new trial, and for further proceedings consistent herewith.

*Turner & Smith, for appellant.*

*McCreary & Bronston, for appellees.*